Argued and submitted August 13, petition for judicial review dismissed
November 19, 1997

ANTHONY RAY JONES,
*Petitioner,*

*v.*

BOARD OF PAROLE
and POST-PRISON SUPERVISION,
*Respondent.*

(CA A94547)

948 P2d 729

Walter J. Ledesma, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Mary H. Williams, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Petition for judicial review dismissed. *Luckey v. Board of Parole,* 150 Or App 480, 946 P2d 361 (1997).